Judge Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-320RSL |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DUE DATE |
| SOCORRO ALEJANDRES-ALVAREZ and JUAN CARLOS ORTIZ-RAMOS, | |
| Defendants. | |

    THIS COURT has considered the facts and circumstances contained in the parties' Stipulated Motion to Continue Trial. Based on those facts and circumstances, which are incorporated herein by reference and adopted as findings of fact, the parties' Motion is GRANTED.

    THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and would result in a

*U.S. v. Alejandres-Alvarez and Ortiz-Ramos*
ORDER CONTINUING TRIAL AND PRETRIAL
MOTIONS DUE DATE
CR15-320RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). THE COURT also finds that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section, 18 U.S.C. § 3161(h)(7)(B)(ii). THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, THE COURT ORDERS that the period of time from the date of this Order until the new trial date of May 2, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Pretrial motions are due on April 1, 2016.

DATED this 26th day of October, 2015.

*[signature]*
Robert S. Lasnik
United States District Judge

*U.S. v. Alejandres-Alvarez and Ortiz-Ramos*
ORDER CONTINUING TRIAL AND PRETRIAL
MOTIONS DUE DATE
CR15-320RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  Counsel for the United States:

3
4  ANNETTE L. HAYES
   United States Attorney
5
6  */s/Matthew P. Hampton*
   MATTHEW P. HAMPTON
7  Assistant United States Attorney

8

9
10 Counsel for Defendant Socorro Alejandres-Alvarez | Counsel for Defendant Juan Carlos Ortiz-Ramos

11
12 */s/ Neil Fox* | */s/ Barry Flegenheimer*
   NEIL FOX | BARRY FLEGENHEIMER
13

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 *U.S. v. Alejandres-Alvarez and Ortiz-Ramos*
   ORDER CONTINUING TRIAL AND PRETRIAL
   MOTIONS DUE DATE
   CR15-320RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970
»