Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SOCORRO ALEJANDRES-ALVAREZ, <br> et al. <br><br> Defendants. | NO. CR15-320 RSL <br><br> [PROPOSED] <br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

- A chrome 1911 .45 Colt pistol bearing serial number 2795305 and any associated ammunition seized on or about August 26, 2015.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, FINDS:

- In his March 1, 2016 plea agreement, Defendant Juan Carlos Ortiz-Ramos agreed to forfeit the above-listed firearm as it was used, or intended to be used, to commit or to facilitate the commission of the offense of Possession of a Controlled Substance with Intent to Distribute;

[Proposed] Final Order of Forfeiture - 1
U.S. v. Alejandro-Alvarez, CR15-320 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On May 27, 2016, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant Juan Carlos Ortiz-Ramos' right, title, and interest in the above-listed property;
- In his April 8, 2016 plea agreement, Defendant Socorro Alejandres-Alvarez agreed to forfeit the above-listed firearm as it was used, or intended to be used, to commit or to facilitate the commission of the offense of Possession a Controlled Substance with Intent to Distribute;
- On July 22, 2016, the Court entered a Preliminary Order of forfeiting Defendant Socorro Alejandres-Alvarez's right, title, and interest in Forfeiture the above-listed property;
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///
///
///
///
///

[Proposed] Final Order of Forfeiture - 2
U.S. v. Alejandro-Alvarez, CR15-320 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Homeland Security and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

DATED this 11th day of July, 2017.

*ROBERT S. LASNIK*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-Mail: Matthew.H.Thomas@usdoj.gov

[Proposed] Final Order of Forfeiture - 3
*U.S. v. Alejandro-Alvarez*, CR15-320 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970